```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

KAHREEM S. PERRY,

                                Plaintiff,           22-CV-05813 (JHR)(SN)

          -against-                             **ORDER**

STEVEN VEGA, et al.,

                               Defendants.

```
-----------------------------------------------------------------X
-----------------------------------------------------------------X
```

KAHREEM S. PERRY,

                                Plaintiff,           24-CV-00389 (JHR)(SN)

          -against-                             **ORDER**

STEVEN VEGA,

                               Defendant.

```
-----------------------------------------------------------------X
-----------------------------------------------------------------X
```

KAHREEM S. PERRY,

                                Plaintiff,           24-CV-01885 (UA)

          -against-                             **ORDER**

STEVEN VEGA,

                               Defendant.

```
-----------------------------------------------------------------X
```

A conference is scheduled for Friday, June 14, 2024, at 11:00 a.m. to discuss whether the Court should consolidate Plaintiff's three above-captioned cases. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. "Consolidation of tort actions sharing common questions of law and fact is commonplace." Johnson v. Celotex Corp., 899 F.2d 1281, 1284 (2d Cir. 1990). When deciding whether to consolidate a plaintiff's claims, a court should consider convenience, judicial economy, risks of prejudice, and fairness to the parties. Id. at 1284-85.

The Warden or other official in charge of Elmira Correctional Facility is ORDERED to produce Kahreem Perry, DIN No. 24B0838, on June 14, 2024, at 11:00 a.m., to a suitable location within Elmira Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

Defense counsel must: (1) send this Order to the Warden immediately; (2) contact Elmira Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference.

The Clerk of Clerk is respectfully directed to mail Plaintiff docket sheets for the three above-captioned cases.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 10, 2024
         New York, New York